UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. GEORGE SAITES,<br><br>                             Plaintiff and Relator,<br><br>    -against-<br><br>CHRISTOS SPYROPOULOS, JOHN GEORGIADES a/k/a IOANNIS GEORGIADES, FRANCO SUKAJ, ESTIATORIO LIMANI LLC, LIMANI 51, LLC, LML, LLC d/b/a PRIME 1024, and ONIRO TAVERNA LLC,<br>                                Defendants. | 22 Civ. 7001 (ER)<br><br>[~~PROPOSED~~] UNSEALING ORDER |
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff-Intervenor,<br><br>    -against-<br><br>CHRISTOS SPYROPOULOS, IOANNIS GEORGIADES, GALATIA ASPROU, ARISTOTELIS SPYROPOULOS, IORDANIS SPYROPOULOS, LIMANI 51, LLC, ESTIATORIO LIMANI LLC, LML HOSPITALITY LLC, ONIRO TAVERNA LLC, BC INTERNATIONAL GROUP, INC., and BCI SERVICES LLC,<br>                                Defendants. | |

**ORDER**

      WHEREAS, by notice dated June 14, 2024, and pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America (the "Government") intervened in the above-captioned *qui tam* action with respect to claims asserted against defendants Christos

Spyropoulos, Ioannis Georgiades, Galatia Asprou, Aristotelis Spyropoulos, Iordanis Spyropoulos, Limani 51 LLC, Estiatorio Limani LLC, LML Hospitality LLC, Oniro Taverna LLC, BC International Group, Inc., and BCI Services LLC.

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated March 8, 2024, and except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to the Government's Notice of Election to Intervene; the Government's Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the Government, the relator, and Defendants Christos Spyropoulos, Ioannis Georgiades, Galatia Asprou, Aristotelis Spyropoulos, Iordanis Spyropoulos, Limani 51 LLC, Estiatorio Limani LLC, LML Hospitality LLC, Oniro Taverna LLC, BC International Group, Inc., and BCI Services LLC; the Stipulation and Order of Settlement and Release Between the United States and Relator; and the relator's Complaint.

Dated: New York, New York
            June 20    , 2024

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
United States District Judge